IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ADRIAN BUFORD WADE,

        Plaintiff,

    vs.

ROBERT HAIDA, *et al.*,

        Defendants.

Case No. 13-cv-769-JPG-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on defendants' suggestion of death (Doc. 18) indicating that plaintiff Adrian Buford Wade passed away on September 11, 2013. Pursuant to Federal Rule of Civil Procedure 25(a), Wade's successor(s) or representative(s) may file a motion for substitution no later than 90 days within service of this Order. If Wade's successor(s) or representative(s) do not file such a motion, this matter shall be dismissed.

    The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to "Next of Kin of Adrian Buford Wade" at Wade's last known address.

**IT IS SO ORDERED.**

**DATED:** October 7, 2013

                                                     s/ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **DISTRICT JUDGE**